UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Patty Shwartz |
| v. | : | Crim. No. 09-0863-04 |
| MARK VENTRICELLI | : | **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America by Paul J. Fishman, United States Attorney for the District of New Jersey (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing), with the consent of Gerald D. Miller, Esq., counsel for defendant Mark Ventricelli, requesting that exhibits B, B-1, B-2, B-3, and B-4 attached to Mr. Miller's December 28, 2009 letter to this Court, be filed under seal inasmuch as the exhibits contain personal information of a minor child; and for good cause shown,

IT IS on this 6th day of January 2010

ORDERED that exhibits B, B-1, B-2, B-3, and B-4 to Mr. Miller's December 28, 2009 letter are hereby sealed unless and until further Order of this Court.

HON. PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE

Consented to as to form and substance:

Leslie F. Schwartz,
Assistant U.S. Attorney

Gerald D. Miller, Esq.
Counsel for Mark Ventricelli