MILLER, MEYERSON & CORBO
955 West Side Avenue
Jersey City, New Jersey 07302
(201) 333-9000 Fax (201) 333-0918
Our File No.: 32444

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATE DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CRIMINAL NO.: 09-501 (SRC)<br>CRIMINAL NO.: 09-863 (SRC) |
| VS. | |
| MARK VENTRICELLI | ORDER |
| Defendant | |

This matter being opened to the Court by Miller, Meyerson & Corbo, Esqs., attorney for defendant, Mark Ventricelli, (Gerald D. Miller, Esq. appearing), in the presence of the United States Attorney for the District of New Jersey, (Assistant United States Attorney Leslie Faye Schwartz, appearing) for an Order modifying the terms of the previous "Order Setting Conditions of Release" dated November 20, 2009 ; specifically by changing the defendant's classification of "Home Confinement" and amending it to one of "Home Detention" so as to allow for this defendant to be employed in a manner approved by the pretrial services office or supervising officer, and the United States Attorney having no objections and good cause being shown:

It is on this ____ day of October, 2010

ORDERED that the November 20, 2009 "Order Setting Conditions of Release" be modified to reflect a change in defendant Mark Ventricelli's requirement of "Home Incarceration" and amending it to a designation of "Home Detention" for said defendant; and

IT IS FURTHER ORDERED that the newly imposed "Home Detention" designation shall require defendant, Mark Ventricelli to be restricted to his residence at all times except for employment; education; religious services; medical; substance abuse; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved

by the pretrial services office or supervising officer; and

   IT IS FURTHER ORDERED that all other terms of release imposed in connection with Criminal Nos.: 09-501 and 09-863 shall remain in full force and effect.

_____
Honorable Stanley R. Chesler
United States District Court Judge


I hereby consent to the form and entry of the within Order:

_____
Leslie Faye Schwartz
Assistant U.S. Attorney

_____
Barbara Hutchinson
Pre-Trial Services