**MILLER, MEYERSON & CORBO**

COUNSELLORS AT LAW

955 WEST SIDE AVENUE

JERSEY CITY, N.J. 07306-6592

www.mmclawfirm.com

ABRAHAM MILLER (1927-1974)
LEONARD MEYERSON
GERALD D. MILLER (CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY)
CARA M. CORBO (CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A MATRIMONIAL LAW ATTORNEY)
NIRMALAN NAGULENDRAN

SAVIO D. FIGARO
SACHIN GUPTA

MICHAEL H. HOCHMAN
(OF COUNSEL)

TEL (201) 333-9000
FAX (201) 333-0918
attorneys@mmc-law.com

SUBURBAN OFFICE
24 LACKAWANNA PLAZA
MILLBURN, NEW JERSEY
TEL (973) 376-1770
REPLY TO: JERSEY CITY

November 18, 2010

<u>***via electronic filing and regular mail***</u>
Honorable Stanley R. Chesler
United States District Court
District of New Jersey
Frank R. Lautenberg U.S.P.O.
and Courthouse- Room 417
P.O. Box 999
Newark, New Jersey 07101-0999

    RE:  ***United States vs Michael C. Sciarra, et al***
       ***Criminal No.: 09-863 (SRC)***
       ***Our Client:  Mark Ventricelli***
       ***Our File No.: 32444***

Dear Judge Chesler:

  Please be advised that we represent Mark Ventricelli who is currently subject to an Order for home detention. He requests the Court's consent to permit him to spend Thanksgiving dinner with his family (mother and siblings and their spouses) at his brother Peter Ventricelli's house at 12 Columbia Place, Parlin, New Jersey 08859. Peter is a co-defendant in this case. It is my understanding that the United States does not object.

            Respectfully submitted,
            **MILLER, MEYERSON & CORBO**

            By:_____
              GERALD D. MILLER, ESQ.
            E-mail: geraldmiller@mmc-law.com

GDM/gt
cc:  Grady O'Malley U.S. Attorney *via fax: 973-645-2702*
   Barbara Hutchinson, U.S. Pretrial Services Officer *via fax: 973-645-6428*
   Mark Ventricelli