UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Stanley R. Chesler

v.                            :      Crim. No. 09-863

MARK VENTRICELLI              :

## ORDER FOR BAIL MODIFICATION

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (V. Grady O'Malley, Senior Litigation Counsel, appearing), and Gerard D. Miller, Esq. (counsel for MARK VENTRICELLI), with the consent of Barbara Hutchinson, Pretrial Services, for an order granting a modification of the existing bail conditions for MARK VENTRICELLI, and for good and sufficient cause,

IT IS on this 16 day of December 2010

ORDERED that the terms of MARK VENTRICELLI'S bail are hereby modified to remove the home confinement condition; and,

FURTHER ORDERED that the issue of curfew for MARK VENTRICELLI is to be determined by Pretrial Services and be monitored by Pretrial Services; and,

FURTHER ORDERED that MARK VENTRICELLI is not allowed to visit the Oak Leaf Club located in Hoboken, N.J.; and,

FURTHER ORDERED that all other conditions of bail remain in full effect.

_____
HON. Stanley R. Chesler
United States District Judge

_____
V. Grady O'Malley
Senior Litigation Counsel

_____
Barbara Hutchinson
Federal Pretrial Services

_____
Gerald D. Miller, Esq.

-2-