UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :     Hon. Stanley R. Chesler

        v.    :     Crim. No. 09-863

MARK VENTRICELLI    :

**BAIL CONDITIONS ON SUPERSEDING INDICTMENT**

This matter having come before the Court with respect to superseding indictment (09-863(SI)); and on application of the defendant Mark Ventricelli, by Gerald D. Miller, Esq., with Paul J. Fishman, United States Attorney for the District of New Jersey (by V. Grady O'Malley, Senior Litigation Counsel) also appearing; and,

where, as a condition of his bail, the defendant is required to wear an ankle bracelet; and,

and, as a further condition of bail and in conjunction with the ankle bracelet, the defendant is required to abide by a curfew; and,

where the defendant has entered a plea of guilty on this 18th day of May 2011; and,

for good cause shown.

It is on this 18th day of May, 2011 the ORDER of this Court that:

the conditions of release, imposed on November 20, 2009 by the Hon. Patty Schwartz (Federal Magistrate Judge), for defendant Mark Ventricelli are hereby amended as following

a. the defendant is no longer required to wear an ankle bracelet; permission to have it removed by Pretrial Services is **granted**; and further,

b. the defendant is **released** from the bail condition that he abide by a night curfew;

c. Otherwise all other conditions of bail remain in effect.

So **ORDERED**.

HON. Stanley R. Chesler
United States District Judge