| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT |
| VS | DISTRICT OF NEW JERSEY |
| MARK VENTRICELLI, et al | CRIMINAL ACTION NO.: 09-863 (SRC) |
| | ORDER |

**THIS MATTER** having been presented to the Court by Miller, Meyerson & Corbo, Esqs. by GERALD D. MILLER, attorneys for **Defendant, Mark Ventricelli** and it have been represented to the Court that

Mark Ventricelli who is awaiting sentencing and is under the supervision of United States Pretrial Services and that his brother Nicola is getting married in Cancun Mexico on November 11, 2011 and this Defendant, Mark Ventricelli is "Best Man" at said wedding; and seeks permission to travel to Mexico on November 10, 2011 and return on November 15, 2011; and The United States Attorneys for New Jersey and United States Pretrial Services do not object to this trip; and Mark Ventricelli is willing to report each day by telephone to the United States Pretrial Sevices; it is on this ___ day of _____, 2011

**ORDERED AND ADJUDGED** that **Mark Ventricelli** is granted permission to travel to Cancun, Mexico on November 10, 2011 and to return to New Jersey on November 15, 2011; it is further

**ORDERED AND ADJUDGED** that the United States Pretrial Services return Mark Ventricelli's passport to him and he is to return the

passport to Pretrial Services upon his return from Mexico.

HON. STANLEY R. CHESLER, U.S.D.C.

I hereby consent to the form
and entry of the within ORDER

PAUL J. FISHMAN
United States Attorney
for the District of New Jersey

BY: JOSEPH MACK
Assistant United States Attorney

**MILLER, MEYERSON & CORBO**
COUNSELLORS AT LAW
35 JOURNAL SQUARE, SUITE #1105
JERSEY CITY, NEW JERSEY 07306-6592
http://www.mmclawfirm.com

ABRAHAM MILLER (1927-1974)
LEONARD MEYERSON
GERALD D. MILLER (Certified By The Supreme Court
  Of New Jersey As A Criminal Trial Attorney)
CARA M. CORBO (Certified By The Supreme Court
  Of New Jersey As A Matrimonial Law Attorney)
NIRMALAN NAGULENDRAN

------------
SAVIO D. FIGARO
SACHIN GUPTA
------------
MICHAEL H. HOCHMAN
(OF COUNSEL)

TEL: (201) 333-9000
FAX: (201-333-0918
attorneys@mmc-law.com
------------
SUBURBAN OFFICE
24 LACKAWANNA PLAZA
MILLBURN, NEW JERSEY
TEL: (973) 376-1770
------------
REPLY TO: JERSEY CITY
ENTRANCE AT 921 BERGEN AVENUE

September 26, 2011

*via electronic filing*
Honorable Stanley R. Chesler
United States District Court
District of New Jersey
Frank R. Lautenberg U.S.P.O.
and Courthouse- Room 417
P.O. Box 999
Newark, New Jersey 07101-0999

      RE:   *United States vs Michael C. Sciarra, et al*
            *Criminal No.: 09-863 (SRC)*
            *Our Client: Mark Ventricelli*
            *Our File No.: 32444*

Dear Judge Chesler:

    We represent Mark Ventricelli who is awaiting sentencing and is under the supervision of probation. His brother, Nicola is getting married in Cancun, Mexico on November 11, 2011. Mark is Best Man and seeks permission to travel to to Mexico on November 10, 2011 and return on November 15, 2011. The United States Attorney and Pretrial Services do not object to this trip. Mark is willing to report each day by telephone. I am enclosing a proposed Order with the consent of Assistant United States Attorney Joseph Mack.

                              Respectfully submitted,
                              **MILLER, MEYERSON & CORBO**

                              By:
                              GERALD D. MILLER, ESQ.
                              E-mail: geraldmiller@mmc-law.com

GDM/gt
Encl.
cc:   Joseph Mack U.S. Attorney via email: 'Mack, Joseph (USANJ)'
      Leslie Richardson via email: Leslie_Richardson@njpt.uscourts.gov
      Mark Ventricelli